UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tavaris Williams,

    Plaintiff,

v.                                         Case No. 19-10049

County of Saginaw, *et al.*,        Sean F. Cox
                                                United States District Court Judge

    Defendants.
_____/

**ORDER ADOPTING
10/21/2019 REPORT AND RECOMMENDATION**

Plaintiff, who is incarcerated at the Saginaw County Jail, filed this action on January 7, 2019. The Court referred this matter to Magistrate Judge Stephanie Dawkins Davis for all pretrial proceedings. (ECF No. 11).

On October 21, 2019, Magistrate Judge Davis issued a Report and Recommendation ("R&R") (ECF No. 28) wherein she recommends that the Court dismiss Plaintiff's complaint, with prejudice, as to the "Municipal Governmental Entities" pursuant to Fed. R. Civ. P 41(b).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections. The Court hereby **ADOPTS** the October 21, 2019 R&R.

1

Accordingly, the Court **ORDERS** that Plaintiff's complaint as to the "Municipal Governmental Entities" is **DISMISSED WITH PREJUDICE** under Rule 41(b).

**IT IS SO ORDERED**.

                                                      s/Sean F. Cox
                                                     Sean F. Cox
                                                     United States District Judge

Dated: November 12, 2019