UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tavaris Williams,

    Plaintiff,

v.                                     Case No. 19-10049

Saginaw County Jail, *et. al.*,        Sean F. Cox
                                        United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE; AND TERMINATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT

Acting *pro se*, Plaintiff filed this action on January 7, 2019, asserting civil rights claims against Defendants. The Court referred the matter to a magistrate judge for all pretrial proceedings. (ECF No. 11, 37).

Thereafter, Defendants filed a motion for summary judgment. (ECF No. 32). Plaintiff did not respond to Defendant's motion. On January 22, 2020, Magistrate Judge Michael J. Hluchaniuk ordered Plaintiff to show cause as to why he should not recommend that the Court dismiss this action. (ECF No. 39). Plaintiff never responded to Judge Hluchaniuk's show-cause order.

On March 3, 2020, Judge Hluchaniuk issued a Report and Recommendation, wherein he recommends that the Court dismiss Plaintiff's complaint, with prejudice, under Fed. R. Civ. P. 41(b) and that the Court terminate Defendant's pending motion for summary judgment as moot. (ECF No. 43).

The time permitted for the parties to file objections to Judge Hluchaniuk's Report and

1

Recommendation has passed and no objections have ben filed.

Accordingly, the Court **ADOPTS** Judge Hluchaniuk's March 2, 2020 Report and Recommendation; **DISMISSES** Plaintiff's complaint, with prejudice, under Fed. R. Civ. P. 41(b); and **TERMINATES** Defendants' motion for summary judgment as moot.

This case is closed.

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: April 3, 2020